IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

   v.                               CRIMINAL NO. 1:15CR97
                                          (Judge Keeley)

**CHRISTOPHER CASTILLO,**

      **Defendant.**

### ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 21) AND SCHEDULING SENTENCING HEARING

On November 18, 2015, the defendant, Christopher Castillo ("Castillo"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of GUILTY to Count Two of the Indictment. After Castillo stated that he understood that the magistrate judge is not a United States District Judge, he consented to tendering his plea before the magistrate judge. Previously, this Court had referred the guilty plea to the magistrate judge for the purposes of administering the allocution pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

Based upon Castillo's statements during the plea hearing and testimony of Detective Jason Webber, Clarksburg Police Department,

USA v. CHRISTOPHER CASTILLO                                          1:15CR97

### ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE AND SCHEDULING SENTENCING HEARING

the magistrate judge found that Castillo was competent to enter a plea, that the plea was freely and voluntarily given, that he was aware of the nature of the charges against him and the consequences of his plea, and that a factual basis existed for the tendered plea. On November 18, 2015, the magistrate judge entered a Report and Recommendation Concerning Plea of Guilty in Felony Case ("R&R") (dkt. no. 21) finding a factual basis for the plea and recommended that this Court accept Castillo's plea of guilty to Count Two of the Indictment.

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. He further directed that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R. The parties did not file any objections to the R&R.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R, **ACCEPTS** Castillo's guilty plea, and **ADJUGES** him **GUILTY** of the crime charged in Count Two of the Indictment.

Pursuant to Fed. R. Crim. P. 11(e)(2) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it

**USA v. CHRISTOPHER CASTILLO**                                    **1:15CR97**

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
REPORT RECOMMENDATION CONCERNING PLEA OF GUILTY IN
FELONY CASE AND SCHEDULING SENTENCING HEARING**

has received and reviewed the presentence report prepared in this matter.

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** as follows:

1. The Probation Officer shall undertake a presentence investigation of **CHRISTOPHER CASTILLO,** and prepare a presentence report for the Court;

2. The Government and Castillo are to provide their versions of the offense to the probation officer by **December 16, 2015**;

3. The presentence report is to be disclosed to Castillo, defense counsel, and the United States on or before **February 2, 2016**; however, the Probation Officer is not to disclose the sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4. Counsel may file written objections to the presentence report on or before **February 16, 2016;**

5. The Office of Probation shall submit the presentence report with addendum to the Court on or before **March 2, 2016**; and

6. Counsel may file any written sentencing statements and motions for departure from the Sentencing Guidelines, including the

USA v. CHRISTOPHER CASTILLO                                    1:15CR97

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
REPORT RECOMMENDATION CONCERNING PLEA OF GUILTY IN
FELONY CASE AND SCHEDULING SENTENCING HEARING**

factual basis from the statements or motions, on or before **March 16, 2016.**

The magistrate judge continued Castillo on bond pursuant to the Order Setting Conditions of Release (dkt. no. 9) entered on October 9, 2015.

The Court will conduct the sentencing hearing for the defendant on **Tuesday, March 22, 2016** at **10:30 A.M.** at the **Clarksburg, West Virginia** point of holding court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record, the defendant and all appropriate agencies.

DATED: December 2, 2015

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE